▣ EFILED IN OFFICE
CLERK OF STATE COURT
FORSYTH COUNTY, GEORGIA
**21SC-0474-B**
**Judge T. Russell McClelland**
MAR 29, 2021 11:56 AM

Greg G. Allen, Clerk
Forsyth County, Georgia

# IN THE STATE COURT OF FORSYTH COUNTY

## STATE OF GEORGIA

| | |
|---|---|
| LEONA FORD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION FILE |
| | ) NO. |
| | ) |
| WAL-MART STORES EAST, LP | ) |
| (DELAWARE) d/b/a | ) |
| WAL-MART INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

### COMPLAINT FOR DAMAGES

COMES NOW Plaintiff Leona Ford (hereinafter "Bacon") and makes and files this Complaint against Defendant Wal-Mart Stores East, LP (Delaware) d/b/a Wal-Mart Inc. (hereinafter "Wal-Mart") and shows this Honorable Court the following:

### PARTIES, JURISDICTION AND VENUE

1.

Defendant Wal-Mart is a foreign for profit corporation doing business in the State of Georgia and is subject to the jurisdiction of this Honorable Court and may be served with service of process by second original through its registered agent, The Corporation Company (FL), 112 North Main Street, Cumming, Georgia, 30040. Plaintiff was a business invitee at Defendant Wal-Mart's Super store located at 1099 Indian Drive, Eastman, Dodge County, Georgia, 31023, store #1018.

2.

Venue is proper in this Court and this Court has subject matter jurisdiction over the claims asserted herein and personal jurisdiction over the Defendant.

**FACTS**

3.

On or about January 18, 2020, Plaintiff Ford was a business invitee of Defendant Wal-Mart at the Wal-Mart store located at 1099 Indian Drive, Eastman, Dodge County, Georgia, 31023, store #1018. Plaintiff Ford was shopping in the vicinity of the produce section. A mat had been placed on the floor in the vicinity of a refrigerated produce case because of a water leak from the case. As Plaintiff Ford was walking she stepped on this mat. The mat slid, knocking her off balance, and causing her to fall to the floor.

4.

Defendant Wal-Mart's agents/employees failed to maintain a proper lookout, failed to maintain the floors and create safe walkways for customers. Defendant Wal-Marts' agents/employees conduct amounts to negligence per se or negligence as a matter of law.

5.

At all times material to the incident set forth herein, Defendant's agents/employees were acting in the course and scope of their employment with Defendant Wal-Mart.

6.

Defendant Wal-Mart is responsible for the negligence of its employee(s) pursuant to the Doctrine of Respondent Superior.

7.

As a direct and proximate result of the negligence of the Defendant, Plaintiff Ford was caused to suffer bodily injury, specifically injuries to her right rotator cuff, neck and back.

8.

For treatment of her injuries, Plaintiff was required to and underwent medical care from the following medical care providers in the amounts indicated through the time of filing this Complaint:

- Dodge County Hospital, $3,711.75;
- Southland Dodge ER Physicians, $586.00;
- South Georgia Radiology, $539.00;
- Heart of Georgia Primary Care, $470.00;
- Rosenbaum Orthopedics Treatment Facility, $501.00; and
- Estimated surgery cost, $22,600.00;

Total medical special damages available through the time of filing this Complaint $28,407.75.

9.

Plaintiff brings this action to recover general damages for her pain and suffering and special damages for her medical expenses.

WHEREFORE, Plaintiff respectfully prays that Summons issue, that Defendants be served with process as required by law, that Plaintiff have a trial before the Court sitting without a jury, that Plaintiff have and recover verdict and

judgment against the Defendants, jointly and severally, in an amount to be shown at the time of trial and for such other and further relief as this Court deems necessary and proper.

                    Respectfully submitted,

                    _s/Douglas R. Powell_
                    DOUGLAS R. POWELL
                    State Bar No. 585937

                    _s/Catherine R. Powell_
                    CATHERINE R. POWELL
                    State Bar No. 284620

Hinton & Powell
2901 Piedmont Road, N.E., Suite A
Monteith Commons
Atlanta, Georgia 30305
(404) 365-7077

                    _s/Kathy Edwards Opperman_
                    KATHY EDWARDS OPPERMAN
                    State Bar No.241460
                    Attorneys for Plaintiff
                    (signed by express permission)

Montlick & Associates, P.C.
Suite 310
17 Executive Park Drive
P.O. Box 95406
Atlanta, Georgia 30329
(404) 235-5000

4

IN THE STATE COURT OF FORSYTH COUNTY
STATE OF GEORGIA

| | |
|---|---|
| LEONA FORD, | Civil Action File No. |
|  | 21SC-0474-B |
| Plaintiff, | |
| v. | |
| WAL-MART STORES EAST, LP (DELAWARE) d/b/a WAL-MART INC., | |
| Defendant. | |

_____/

ANSWER OF DEFENDANT

COMES NOW, Defendant WAL-MART STORES EAST, LP and makes this Answer to Plaintiff's Complaint as follows:

FIRST DEFENSE

Plaintiff's Complaint fails to state a claim against Defendant upon which relief can be granted.

SECOND DEFENSE

Plaintiff's alleged damages, if any, were directly and proximately caused by Plaintiff's own contributory negligence and failure to exercise ordinary care.

THIRD DEFENSE

Plaintiff was not in the exercise of ordinary care for her own safety in the premises, and by the exercise of ordinary care could have avoided any injury to

Page -1-

herself; and on account thereof, Plaintiff is not entitled to recover from Defendant.

## FOURTH DEFENSE

Defendant denies that it was negligent in any manner whatsoever or that any negligent act or omission on its part caused or contributed to any injury or damage alleged to have been sustained by Plaintiff.

## FIFTH DEFENSE

Plaintiff assumed the risk of any hazard that was presented and is thereby barred from recovering against Defendant.

## SIXTH DEFENSE

Plaintiff's claims are barred by insufficiency of service and insufficiency of process.

## SEVENTH DEFENSE

Defendant responds to the enumerated paragraphs of Plaintiff's Complaint as follows:

1.

Defendant denies the allegations contained in paragraph 1 of the Plaintiff's Complaint.  Jurisdiction is now proper in the United States District Court, Northern District of Georgia, Gainesville Division.

2.

Defendant denies the allegations contained in paragraph 2 of the Plaintiff's Complaint. Venue is now proper in the United States District Court, Northern District of Georgia, Gainesville Division.

3.

Defendant denies the allegations contained in paragraph 3 of Plaintiff's Complaint.

4.

Defendant denies the allegations contained in paragraph 4 of the Plaintiff's Complaint.

5.

Defendant denies the allegations contained in paragraph 5 of the Plaintiff's Complaint.

6.

Defendant denies the allegations contained in paragraph 6 of Plaintiff's Complaint.

7.

Defendant denies the allegations contained in paragraph 7 of the Plaintiff's Complaint.

8.

Defendant denies the allegations contained in paragraph 8 of the Plaintiff's Complaint.

9.

Defendant denies the allegations contained in paragraph 9 of the Plaintiff's Complaint.

10.

All other allegations contained in the Complaint which are not specifically responded to herein, are, therefore, denied.

11.

Defendant denies Plaintiff's prayer for relief, including all subparts thereof.

WHEREFORE, Defendant prays that Plaintiff's Complaint be dismissed with all costs cast upon the Plaintiff. DEFENDANT DEMANDS TRIAL BY A JURY OF TWELVE (12) PERSONS AS TO ALL ISSUES SO TRIABLE.

McLAIN & MERRITT, P.C.


/s/ Howard M. Lessinger
Howard M. Lessinger
Georgia Bar No. 447088

        /s/ Ernest L. Beaton, IV
Ernest L. Beaton, IV
Georgia Bar No. 213044
Attorneys for Defendant
WAL-MART STORES EAST, LP

3445 Peachtree Road, N.E.
Suite 500
Atlanta GA  30326
(404) 365-4514
(404) 364-3138 (fax)
hlessinger@mmatllaw.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing ANSWER OF DEFENDANT WAL-MART STORES EAST, LP has this day been filed and served upon opposing counsel via Peach Court E-File.

This the  31st  day of March, 2021.

                              McLAIN & MERRITT, P.C.

                               /s/ Howard M. Lessinger
                              Howard M. Lessinger
                              Georgia Bar No. 447088
                              Attorney for Defendant
                              WAL-MART STORES EAST, LP

3445 Peachtree Road, N.E.
Suite 500
Atlanta GA  30326
(404) 365-4514
(404) 364-3138 (fax)
hlessinger@mmatllaw.com