IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| LEONA FORD, | Civil Action File No. 2:21-CV-00070-RWS |
| Plaintiffs, | |
| v. | |
| WAL-MART STORES EAST, LP, (DELAWARE) d/b/a WAL-MART, INC., | |
| Defendant. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff Leona Ford and Defendant Wal-Mart Stores East, LP (Delaware) d/b/a Wal-Mart, Inc. and, pursuant to Rule 41, Fed. R. Civ. P., hereby stipulate and agree that the above-captioned action is hereby dismissed with prejudice with each party bearing its own costs.

This 31st day of January, 2022.

| | |
|---|---|
| /s/ Catherine Powell | /s/ Ernest L. Beaton, IV |
| Catherine Powell | Ernest L. Beaton, IV |
| GA Bar No. 076180 | GA Bar No. 213044 |
| Counsel For Plaintiff | Counsel for Defendant |
| Hinton & Powell | McLain & Merritt, P.C. |
| 3007 Piedmont Road, NE | 3445 Peachtree Road N.E. |
| Suite 300 | Suite 500 |
| Atlanta, GA 30305 | Atlanta, Georgia 30326 |
| (404) 365-7077 | (404) 266-9171 |

## CERTIFICATE OF SERVICE

This is to certify that on January 31, 2022, I electronically filed STIPULATION OF DISMISSAL with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to attorneys of record.

                                                   McLAIN & MERRITT, P.C.

                                                   /s/ Ernest L. Beaton, IV
                                                   Ernest L. Beaton, IV
                                                   Georgia Bar No. 213044
                                                   Attorney for Defendant

3445 Peachtree Road, N.E.
Suite 500
Atlanta, GA  30326
(404) 266-9171
ebeaton@mmatllaw.com